## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT
## WESTERN DIVISION

RE:   SKEFCO PROPERTIES, INC.            CASE NO. 19-26580
                                         CHAPTER 11
      DEBTOR

## STATEMENT OF JAMES SKEFOS REGARDING CASHFLOW STATEMENTS

After being duly sworn, we do hereby sayeth and depose the following:

1. I am James Skefos of Skefco Properties Incorporated.

2. I am responsible for all bookkeeping and accounting performed with the exception of preparing and filing federal and state tax returns.

3. Skefco Properties Incorporated does not maintain cash-flow statements in the regular course of business.

*/s/ James Skefos*_____
James Skefos

Dated August 20, 2019