# Balance Sheet Consolidated

As of 8/23/2019, Cash Basis

Prepared By: Residential
Management Services
2884 Walnut Grove Rd
Memphis, TN 38111

*19-26580*

## Skefco Properties, Inc

**Assets**

**Current Asset**

| | |
|---|---:|
| (SVC) S & V Consolidated (Regions) NEW* | (262.00) |
| Accounts Receivable | (24,000.00) |
| Accounts Receivable - Due From 14 S Second | 17,196.83 |
| Accounts Receivable - Due From Faued Saeidi | 15,000.00 |
| Accounts Receivable - Due From James Skefos | 4,000.00 |
| Accounts Receivable - Due to James Skefos | (2,346.14) |
| Accounts Receivable-employee | 38.20 |
| AmEx Serve (Prepaid) | 500.00 |
| Due From RMS | 1,800.00 |
| Due from Skefco Properties, Inc. | 1,047.00 |
| ELEFTHERIA-REGIONS | (3,947.46) |
| Iberia Account--Personal | (37,334.16) |
| James Skefos-Personal (Regions) | (7,909.90) |
| Loan-Misc | 21,587.01 |
| Loan-VA Capes | 750.00 |
| NAPA Control Account (Iberia) | (2,574.52) |
| Petty Cash | 71.08 |
| Residential Management Services (Regions) NEW* | 70,808.86 |
| Residential Mgmt Debtor in Possession | 120,949.39 |
| RMS Credit Card (Regions)* | 10,908.48 |
| RMS SAVINGS ACCT DEBTOR IN POSSESSION | 15,313.52 |
| Security Deposits Bank Account (BofA) | 14,196.69 |
| Skefco Employee Accounts Receivable | 105.43 |
| SKEFCO PROPERTIES DEBTOR IN POSSESSION | 20,154.59 |
| Skefos Construction- Regions | 100.00 |
| Skefos Construction- Regions - 14 S. Second Corp (Suntrust)* | (40,895.03) |
| Skefos Construction- Regions - Community Bank Escrow | 34,501.00 |
| Skefos Construction- Regions - James Skefos-Suntrust | (331.55) |
| Skefos Construction- Regions - Renasant Bank Escrow | 97,264.12 |
| Skefos Construction- Regions - Residential Management Services | 7,893.62 |
| Skefos Construction- Regions - Skefco Properties, Inc. (1st Tenn)* | (31,923.36) |
| Skefos Construction- Regions - Skefos Construction-Regions | (50.00) |
| Skefos Construction- Regions - SVD (same as) (S & V) (First Tennessee)* | (1,757.99) |
| Skefos Purnell (P) - Regions | (264.14) |
| Skefos- Special Acct- Regions | (5,085.22) |
| Stock Subscription Receivable | 1,000.00 |
| Tri State Bank | (14,495.20) |

# Balance Sheet Consolidated

As of 8/23/2019, Cash Basis

Prepared By: Residential Management Services
2884 Walnut Grove Rd
Memphis, TN 38111

| | |
|---|---:|
| Undeposited Funds | 165,158.95 |
| Wells Fargo Bank | 1,000.00 |
| **Total Current Asset** | **$448,168.10** |
| **Fixed Asset** | |
| Accum Deprec Equipment | (3,000.00) |
| Accum Depreciation-Buildings - Accum Depreciation-14 S Second | (34,184.66) |
| Accum Depreciation-Buildings - Accum Depreciation-2896 Cela | (3,376.00) |
| Accum Depreciation-Buildings - Accum Depreciation-3071 Douglas | (3,888.00) |
| Accum Depreciation-Buildings - Accum Depreciation-3489 Jackson/3500 Mayfair | (35,250.00) |
| Accum Depreciation-Buildings - Accum Depreciation-3596 Democrat | (47,488.00) |
| Accum Depreciation-Buildings - Accum Depreciation-3610 Democrat | (18,717.00) |
| Accum Depreciation-Buildings - Accum Depreciation-426 St Paul | (15,456.00) |
| Accum Depreciation-Buildings - Accum Depreciation-4695 Hwy 61 S | (46,991.00) |
| Accum Depreciation-Buildings - Accum Depreciation-Julius Goodman | (289,038.00) |
| Buildings - Bldg-14 S. Second | 47,537.00 |
| Buildings - Bldg-2896 Cela | 11,610.35 |
| Buildings - Bldg-3071 Douglas | 13,367.32 |
| Buildings - Bldg-3489 Jackson/3500 Mayfair | 121,164.83 |
| Buildings - Bldg-3596 Democrat | 54,311.80 |
| Buildings - Bldg-3610 Democrat | 46,724.50 |
| Buildings - Bldg-426 St Paul | 21,789.37 |
| Buildings - Bldg-4695 Hwy 61 South | 52,945.00 |
| Buildings - Bldg-Julius Goodman | 338,434.90 |
| Furniture & Fixtures | 3,000.00 |
| Land - Land-14 S Second | 2,463.00 |
| Land - Land-2596 Cela | 1,290.00 |
| Land - Land-3071 Douglas | 1,485.00 |
| Land - Land-3489 Jackson | 1,796.00 |
| Land - Land-3596 Democrat | 6,500.20 |
| Land - Land-3610 Democrat | 5,000.00 |
| Land - Land-425 St Paul | 2,712.00 |
| Land - Land-426 St Paul | 5,000.00 |
| Land - Land-4695 Hwy 61South | 7,500.00 |
| Land - Land-Julius Goodman Bldg | 17,537.00 |
| **Total Fixed Asset** | **$264,779.61** |
| **Total Assets** | **$712,947.71** |

## Liabilities

### Current Liability

| | |
|---|---:|
| Accounts Payable | 75.00 |

# Balance Sheet Consolidated

As of 8/23/2019, Cash Basis

Prepared By: Residential Management Services
2884 Walnut Grove Rd
Memphis, TN 38111

| | |
|---|---:|
| Accounts Payable - Community Bank-3489 Jackson | 61,492.62 |
| Accounts Payable - Due to James Skefos | 27,561.38 |
| Accounts Payable - Due to Skefco Properties | 2,320.00 |
| Accounts Payable - Due to Skefos Purnell | 1,250.00 |
| Accounts Payable - Mortgages Payable | (1,416.62) |
| Accounts Payable - N/P-Renasant Bank | 224,098.54 |
| Accounts Payable - N/P-Renasant LOC | (22,478.39) |
| Accounts Payable - Note Payable | (2,542.61) |
| Accounts Payable - Renasant Bank-14 S Second | (87,473.24) |
| Accounts Payable - Renasant-3610 Democrat | 15,781.47 |
| Due to Skefos Purnell | (1,250.00) |
| Security Deposit Liability | 3,650.00 |
| **Total Current Liability** | **$221,068.15** |

**Long Term Liability**

| | |
|---|---:|
| Deferred Gain-426 St Paul | 150,000.00 |
| **Total Long Term Liability** | **$150,000.00** |
| **Total Liabilities** | **$371,068.15** |

**Equity**

| | |
|---|---:|
| Opening Balance Equity | (269,343.44) |
| Owner Contribution | 181,857.23 |
| Owner Contribution - Common Stock | 2,000.00 |
| Owner Contribution - Owner Contribution of Capital | 214,832.99 |
| Owner Draw | 791.57 |
| Owner Draw - Owner Draw-Alethea Skefos | (1,000.00) |
| Owner Draw - Owner Draw-James Skefos | (26,300.00) |
| Retained Earnings | 207,156.22 |
| Net Income | 31,884.99 |
| **Total Equity** | **$341,879.56** |
| **Total Liabilities & Equity** | **$712,947.71** |